**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FCA US LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>      Defendants. | Case No. 26-cv-00578<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Jeannice W. Appenteng** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff FCA US LLC

hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| CROSSDESIGN | 16 |
| DOTCOM MOTOR | 18 |
| G-PLUS MOTOR | 21 |
| buybuy-moto | 41 |
| carlssenn | 44 |
| FurniNest Hub | 52 |

Dated this 5th day of February 2026.     Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
habes@gbc.law

*Counsel for Plaintiff FCA US LLC*